NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **BOTTOMLINE TECHNOLOGIES (DE) INC.**,

*Appellant*

2020-1161

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/305,246.

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

July 18, 2022
   Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** July 18, 2022